UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRIS PAGOTO

                Plaintiff,                      Case No.: 25-cv-907 (SJB)  (ARL)

      -v-

                                       **ANSWER TO COMPLAINT**

MY BOYS CONTRACTING INC., DANIEL
YILANES, KEVIN MYHRE, DEBORAH MYHRE

                Defendants.
-------------------------------------------------------------------X

       Defendants, MY BOYS CONTRACTING INC., DANIEL YILANES, KEVIN MYHRE,

and DEBORAH MYHRE (collectively the "Defendants"), by their counsel, Kaufman Dolowich

LLP, as and for their Answer to the Complaint (hereinafter, the "Complaint") of Plaintiff CHRIS

PAGOTO (the "Plaintiff"), set forth the following:

### AS AND FOR AN ANSWER TO THE SECTION TITLED "NATURE OF CASE"

       1.      Defendants deny the allegations contained in Paragraph "1" of the Complaint.

### AS AND FOR AN ANSWER TO THE SECTION TITLED "JURISDICTION AND

### VENUE"

       2.      Defendants neither admit nor deny the allegations contained in Paragraph "2" of

the Complaint as they consist of legal conclusions to which no response is required.

       3.      Defendants neither admit nor deny the allegations contained in Paragraph "3" of

the Complaint as they consist of legal conclusions to which no response is required.

### AS AND FOR AN ANSWER TO THE SECTION TITLED "PARTIES"

       4.      Defendants neither admit nor deny the allegations contained in Paragraph "'4" of

the Complaint as they do not have sufficient knowledge to admit or deny.

       5.      Defendants deny the allegations contained in Paragraph "5" of the Complaint.

6.    Defendants deny the allegations contained in Paragraph "6" of the Complaint.

7.    Defendants deny the allegations contained in Paragraph "7" of the Complaint.

8.    Defendants deny the allegations contained in Paragraph "8" of the Complaint.

9.    Defendants neither admit nor deny the allegations contained in Paragraph "9" of the Complaint as they consist of legal conclusions to which no response is required.

10.    Defendants neither admit nor deny the allegations contained in Paragraph "10" of the Complaint as they consist of legal conclusions to which no response is required.

11.    Defendants deny the allegations contained in Paragraph "11" of the Complaint.

12.    Defendants deny the allegations contained in Paragraph "12" of the Complaint.

13.    Defendants deny the allegations contained in Paragraph "13" of the Complaint.

14.    Defendants neither admit nor deny the allegations contained in Paragraph "14" of the Complaint as they consist of legal conclusions to which no response is required.

15.    Defendants neither admit nor deny the allegations contained in Paragraph "15" of the Complaint as they consist of legal conclusions to which no response is required.

16.    Defendants deny the allegations contained in Paragraph "16" of the Complaint.

17.    Defendants deny the allegations contained in Paragraph "17" of the Complaint.

18.    Defendants deny the allegations contained in Paragraph "18" of the Complaint.

19.    Defendants neither admit nor deny the allegations contained in Paragraph "19" of the Complaint as they consist of legal conclusions to which no response is required.

20.    Defendants neither admit nor deny the allegations contained in Paragraph "20" of the Complaint as they consist of legal conclusions to which no response is required.

21.    Defendants deny the allegations contained in Paragraph "21" of the Complaint.

22.    Defendants deny the allegations contained in Paragraph "22" of the Complaint.

23.    Defendants neither admit nor deny the allegations contained in Paragraph "23" of the Complaint as they consist of legal conclusions to which no response is required.  Defendants refer the Court to relevant documents for their content and meaning.

24.    Defendants neither admit nor deny the allegations contained in Paragraph "24" of the Complaint as they consist of legal conclusions to which no response is required.  Defendants refer the Court to relevant documents for their content and meaning.

25.    Defendants neither admit nor deny the allegations contained in Paragraph "25" of the Complaint as they consist of legal conclusions to which no response is required.  Defendants refer the Court to relevant documents for their content and meaning.

26.    Defendants neither admit nor deny the allegations contained in Paragraph "26" of the Complaint as they consist of legal conclusions to which no response is required.  Defendants refer the Court to relevant documents for their content and meaning.

27.    Defendants deny the allegations contained in Paragraph "27" of the Complaint.

28.    Defendants deny the allegations contained in Paragraph "28" of the Complaint.

29.    Defendants deny the allegations contained in Paragraph "29" of the Complaint.

30.    Defendants deny the allegations contained in Paragraph "30" of the Complaint.

31.    Defendants deny the allegations contained in Paragraph "31" of the Complaint.

32.    Defendants deny the allegations contained in Paragraph "32" of the Complaint.

33.    Defendants deny the allegations contained in Paragraph "33" of the Complaint.

34.    Defendants deny the allegations contained in Paragraph "34" of the Complaint.

35.    Defendants deny the allegations contained in Paragraph "35" of the Complaint.

36.    Defendants deny the allegations contained in Paragraph "36" of the Complaint.

37.    Defendants neither admit nor deny the allegations contained in Paragraph "37" of

the Complaint as they consist of legal conclusions to which no response is required.

38. Defendants neither admit nor deny the allegations contained in Paragraph "38" of the Complaint as they consist of legal conclusions to which no response is required.

39. Defendants deny the allegations contained in Paragraph "39" of the Complaint.

40. Defendants neither admit nor deny the allegations contained in Paragraph "40" of the Complaint as they consist of legal conclusions to which no response is required.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "BACKGROUND FACTS"

41. Defendants deny the allegations contained in Paragraph "41" of the Complaint.

42. Defendants neither admit nor deny the allegations contained in Paragraph "42" of the Complaint as they consist of legal conclusions to which no response is required.

43. Defendants deny the allegations contained in Paragraph "43" of the Complaint.

44. Defendants deny the allegations contained in Paragraph "44" of the Complaint.

45. Defendants deny the allegations contained in Paragraph "45" of the Complaint.

46. Defendants deny the allegations contained in Paragraph "46" of the Complaint.

47. Defendants deny the allegations contained in Paragraph "47" of the Complaint.

48. Defendants deny the allegations contained in Paragraph "48" of the Complaint.

49. Defendants deny the allegations contained in Paragraph "49" of the Complaint.

50. Defendants deny the allegations contained in Paragraph "50" of the Complaint.

51. Defendants deny the allegations contained in Paragraph "51" of the Complaint.

52. Defendants deny the allegations contained in Paragraph "52" of the Complaint.

53. Defendants deny the allegations contained in Paragraph "53" of the Complaint.

54. Defendants deny the allegations contained in Paragraph "54" of the Complaint.

55.     Defendants deny the allegations contained in Paragraph "55" of the Complaint.

56.     Defendants neither admit nor deny the allegations contained in Paragraph "56" of the Complaint as they consist of legal conclusions to which no response is required.

57.     Defendants deny the allegations contained in Paragraph "57" of the Complaint.

58.     Defendants deny the allegations contained in Paragraph "58" of the Complaint.

59.     Defendants deny the allegations contained in Paragraph "59" of the Complaint.

60.     Defendants deny the allegations contained in Paragraph "60" of the Complaint.

61.     Defendants deny the allegations contained in Paragraph "61" of the Complaint.

62.     Defendants deny the allegations contained in Paragraph "62" of the Complaint.

63.     Defendants deny the allegations contained in Paragraph "63" of the Complaint.

64.     Defendants deny the allegations contained in Paragraph "64" of the Complaint.

65.     Defendants deny the allegations contained in Paragraph "65" of the Complaint.

66.     Defendants deny the allegations contained in Paragraph "66" of the Complaint.

67.     Defendants deny the allegations contained in Paragraph "67" of the Complaint.

68.     Defendants deny the allegations contained in Paragraph "68" of the Complaint.

69.     Defendants deny the allegations contained in Paragraph "69" of the Complaint.

70.     Defendants deny the allegations contained in Paragraph "70" of the Complaint.

71.     Defendants deny the allegations contained in Paragraph "71" of the Complaint.

72.     Defendants deny the allegations contained in Paragraph "72" of the Complaint.

73.     Defendants deny the allegations contained in Paragraph "73" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "FIRST CLAIM FOR RELIEF"

74.     Defendants repeat and reallege each and every allegation set forth in the preceding Paragraphs as though set forth at length herein.

75.     Defendants neither admit nor deny the allegations contained in Paragraph "75" of the Complaint as they consist of legal conclusions to which no response is required.

76.     Defendants deny the allegations contained in Paragraph "76" of the Complaint.

77.     Defendants deny the allegations contained in Paragraph "77" of the Complaint.

78.     Defendants deny the allegations contained in Paragraph "78" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "SECOND CLAIM FOR RELIEF"

79.     Defendants repeat and reallege each and every allegation set forth in the preceding Paragraphs as though set forth at length herein.

80.     Defendants neither admit nor deny the allegations contained in Paragraph "80" of the Complaint as they consist of legal conclusions to which no response is required.

81.     Defendants deny the allegations contained in Paragraph "81" of the Complaint.

82.     Defendants deny the allegations contained in Paragraph "82" of the Complaint.

83.     Defendants deny the allegations contained in Paragraph "83" of the Complaint.

84.     Defendants neither admit nor deny the allegations contained in Paragraph "84" of the Complaint as they do not have sufficient knowledge to admit or deny.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "THIRD CLAIM FOR RELIEF"

85.     Defendants repeat and reallege each and every allegation set forth in the preceding Paragraphs as though set forth at length herein.

86.     Defendants neither admit nor deny the allegations contained in Paragraph "86" of the Complaint as they consist of legal conclusions to which no response is required.

87.     Defendants deny the allegations contained in Paragraph "87" of the Complaint.

88.     Defendants deny the allegations contained in Paragraph "88" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "FOURTH CLAIM FOR RELIEF"

89.     Defendants repeat and reallege each and every allegation set forth in the preceding Paragraphs as though set forth at length herein.

90.     Defendants neither admit nor deny the allegations contained in Paragraph "90" of the Complaint as they consist of legal conclusions to which no response is required.

91.     Defendants deny the allegations contained in Paragraph "91" of the Complaint.

92.     Defendants deny the allegations contained in Paragraph "92" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "FIFTH CLAIM FOR RELIEF"

93.     Defendants repeat and reallege each and every allegation set forth in the preceding Paragraphs as though set forth at length herein.

94.     Defendants neither admit nor deny the allegations contained in Paragraph "94" of the Complaint as they consist of legal conclusions to which no response is required.

95.     Defendants deny the allegations contained in Paragraph "95" of the Complaint.

96.     Defendants deny the allegations contained in Paragraph "96" of the Complaint.

97.     Defendants deny the allegations contained in Paragraph "97" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "SIXTH CLAIM FOR RELIEF"

98.     Defendants repeat and reallege each and every allegation set forth in the preceding Paragraphs as though set forth at length herein.

99.     Defendants deny the allegations contained in Paragraph "99" of the Complaint.

100.    Defendants deny the allegations contained in Paragraph "100" of the Complaint.

101.    Defendants deny the allegations contained in Paragraph "101" of the Complaint.

102.    Defendants deny the allegations contained in Paragraph "102" of the Complaint.

103.    Defendants deny the allegations contained in Paragraph "103" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "SEVENTH CLAIM FOR RELIEF"

104.    Defendants repeat and reallege each and every allegation set forth in the preceding Paragraphs as though set forth at length herein.

105.    Defendants deny the allegations contained in Paragraph "105" of the Complaint.

106.    Defendants deny the allegations contained in Paragraph "106" of the Complaint.

107.    Defendants deny the allegations contained in Paragraph "107" of the Complaint.

108.    Defendants deny the allegations contained in Paragraph "108" of the Complaint.

109.    Defendants deny the allegations contained in Paragraph "109" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "EIGHTH CLAIM

## FOR RELIEF"

110.    Defendants repeat and reallege each and every allegation set forth in the preceding

Paragraphs as though set forth at length herein.

111.    Defendants deny the allegations contained in Paragraph "111" of the Complaint.

112.    Defendants deny the allegations contained in Paragraph "112" of the Complaint.

113.    Defendants deny the allegations contained in Paragraph "113" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "NINTH CLAIM FOR

## RELIEF"

114.    Defendants repeat and reallege each and every allegation set forth in the preceding

Paragraphs as though set forth at length herein.

115.    Defendants deny the allegations contained in Paragraph "115" of the Complaint.

116.    Defendants deny the allegations contained in Paragraph "116" of the Complaint.

117.    Defendants deny the allegations contained in Paragraph "117" of the Complaint.

118.    Defendants deny the allegations contained in Paragraph "118" of the Complaint.

119.    Defendants deny the allegations contained in Paragraph "119" of the Complaint.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "TENTH CLAIM FOR

## RELIEF"

120.    Defendants repeat and reallege each and every allegation set forth in the preceding

Paragraphs as though set forth at length herein.

121.    Defendants deny the allegations contained in Paragraph "121" of the Complaint.

122.    Defendants deny the allegations contained in Paragraph "122" of the Complaint.

123.    Defendants deny the allegations contained in Paragraph "123" of the Complaint.

124.    Defendants deny the allegations contained in Paragraph "124" of the Complaint.

125.    Defendants deny the allegations contained in Paragraph "125" of the Complaint.

## AS AND FOR ANSWER TO THE SECTION TITLED "PRAYER FOR RELIEF"

126.    Defendants deny that Plaintiff is entitled to any relief sought in subparagraphs (a) – (p) in Plaintiffs' Prayer for Relief.

## AS AND FOR AN ANSWER TO THE SECTION TITLED "JURY DEMAND"

127.    Defendants deny that Plaintiff is entitled to a trial by jury on some or all of their claims.

## STATEMENT OF AFFIRMATIVE DEFENSES AND OTHER DEFENSES

128.    Defendants reserve the right to plead additional and separate and affirmative defenses, which may be ascertained during the course of discovery in this action or otherwise. Defendants assert the following affirmative and other defenses without assuming any burden of production or proof that they would not otherwise have.

## AS AND FOR DEFENDANTS' FIRST AFFIRMATIVE DEFENSE

129.    Plaintiff's claims are barred to the extent Plaintiff has failed to state a claim upon which relief can be granted.

## AS AND FOR DEFENDANTS' SECOND AFFIRMATIVE DEFENSE

130.    To the extent that the period of time alluded to in the Complaint, or in the period of time alleged later in this action, predates the limitations period contained in 29 U.S.C. § 255(a), or any similar state labor law, such claims of Plaintiff are barred.

## AS AND FOR DEFENDANTS' THIRD AFFIRMATIVE DEFENSE

131.    To the extent that Defendants' actions taken in connection with Plaintiff's compensation was done in good faith in conformity with and reliance upon written administrative

regulations, orders, rulings, approvals, interpretations, and written and unwritten administrative practices or enforcement policies of the Administrator of the Wage and Hour Division of the United States Department of Labor or New York Department of Labor, Plaintiff's claims are barred in whole or in part by the provisions of 29 U.S.C. §§ 258 and 259.

**AS AND FOR DEFENDANTS' FOURTH AFFIRMATIVE DEFENSE**

132.     To the extent that any acts or omissions giving rise to this action were done in good faith and with reasonable grounds for believing that the acts or omissions were not a violation of the Fair Labor Standards Act ("FLSA") or New York Labor Law ("NYLL"), Plaintiff's claims are barred in whole or in part by the provisions of 29 U.S.C. § 260 and/or the provisions of NYLL § 198.

**AS AND FOR DEFENDANTS' FIFTH AFFIRMATIVE DEFENSE**

133.     Defendants assert a lack of willfulness or intent to violate the FLSA or NYLL as a defense to any claim by Plaintiff for liquidated damages to the extent they acted in good faith to comply with the FLSA and NYLL and with reasonable grounds to believe that its actions did not violate the FLSA or NYLL.

**AS AND FOR DEFENDANTS' SIXTH AFFIRMATIVE DEFENSE**

134.     Plaintiff's claims are barred in whole or in part to the extent that the work Plaintiff performed falls within exemptions, exclusions, exceptions, offsets or credits permissible under the FLSA or NYLL, including but not limited to those provided for in 29 U.S.C. §§ 207, 213, and its state law equivalents.

**AS AND FOR DEFENDANTS' SEVENTH AFFIRMATIVE DEFENSE**

135.     To the extent applicable, Plaintiff's claims are barred by the doctrines of waiver, unclean hands, estoppel, and/or laches.

11

### AS AND FOR DEFENDANTS' EIGHTH AFFIRMATIVE DEFENSE

136. To the extent that any of the activities alleged in the Complaint do not constitute compensable work under the FLSA and/or other applicable state laws, and furthermore, to the extent that such activities were not an integral and indispensable part of Plaintiff's principal activities of employment, they are not compensable.

### AS AND FOR DEFENDANTS' NINTH AFFIRMATIVE DEFENSE

137. Plaintiff's claims are barred in whole or in part by the provisions of 29 U.S.C. § 254, as to all hours during which Plaintiff was engaged in activities which were preliminary or postliminary to Plaintiff's principal activities or incidental to them.

### AS AND FOR DEFENDANTS' TENTH AFFIRMATIVE DEFENSE

138. Plaintiff's claims are barred in whole or in part by the doctrine of *de minimis non curat lex*.

### AS AND FOR DEFENDANTS' ELEVENTH AFFIRMATIVE DEFENSE

139. Plaintiff's FLSA claims against each Defendant are barred during any years in which the annual dollar volume of sales or business for such Defendant(s) was less than $500,000.00.

### AS AND FOR DEFENDANTS' TWELFTH AFFIRMATIVE DEFENSE

140. Supplemental or pendant jurisdiction should not be exercised over Plaintiff's NYLL Claims.

### AS AND FOR DEFENDANTS' THIRTEENTH AFFIRMATIVE DEFENSE

141. To the extent Defendants failed to provide Plaintiff with notices required by NYLL § 195(1) but made complete and timely payment of all wages due pursuant to the NYLL, Plaintiff is not entitled to any damages due to a failure to provide notices.

## AS AND FOR DEFENDANTS' FOURTEENTH AFFIRMATIVE DEFENSE

142.    Defendants have not willfully failed to pay Plaintiff wages and/or monies claimed to be due, and there is a *bona fide*, good faith dispute with respect to Defendants' obligation to pay any sum that may be alleged to be due.

## AS AND FOR DEFENDANTS' FIFTEENTH AFFIRMATIVE DEFENSE

143.    Plaintiff is not entitled to an award of prejudgment interest if Plaintiff's prevail on any or all of the stated claims to the extent such interest is not permitted by the applicable statute.

## AS AND FOR DEFENDANTS' SIXTEENTH AFFIRMATIVE DEFENSE

144.    Defendants were not Plaintiff's employers under the FLSA and/or NYLL.

## AS AND FOR DEFENDANTS' SEVENTEENTH AFFIRMATIVE DEFENSE

145.    To the extent that discovery reveals that Plaintiff falsely reported his hours, and there is no evidence that Defendants required the false reporting of hours; no evidence that Defendants encouraged Plaintiff to falsely report his hours; and no evidence that Defendants knew or should have known that Plaintiff was providing false information as to his hours, Defendants hereby invoke the doctrines of estoppel and avoidable consequences to bar the claims asserted by Plaintiff.

## AS AND FOR DEFENDANTS' EIGHTEENTH AFFIRMATIVE DEFENSE

146.    To the extent that Defendants are or were neither an "enterprise engaged in commerce or in the production of goods for commerce" under the FLSA and Plaintiff was neither "engaged in commerce or in the production of goods for commerce" under the FLSA for Defendants, Defendants are/were not obligated to pay overtime under the FLSA.

## AS AND FOR DEFENDANTS' NINETEENTH AFFIRMATIVE DEFENSE

147.    The Complaint is barred in whole or in part to the extent that such claims have

13

been released, waived, discharged and/or abandoned.

### AS AND FOR DEFENDANTS' TWENTIETH AFFIRMATIVE DEFENSE

148.    Assuming *arguendo* that Plaintiff is entitled to recover additional compensation for himself, to the extent Defendants have not willfully or intentionally failed to pay such additional compensation, the remedies available to Plaintiff are appropriately limited thereby.

### AS AND FOR DEFENDANTS' TWENTY-FIRST AFFIRMATIVE DEFENSE

149.    Plaintiff's action is barred by the doctrine of payment, partial or whole.

### AS AND FOR DEFENDANTS' TWENTY-SECOND AFFIRMATIVE DEFENSE

150.    To the extent Defendants failed to provide Plaintiff with notices required by NYLL § 195(1) but reasonably believed in good faith that they were not required to provide Plaintiff with such notices, Plaintiffs are not entitled to any damages due to a failure to provide notices.

### AS AND FOR DEFENDANTS' TWENTY-THIRD AFFIRMATIVE DEFENSE

151.    Plaintiff's retaliation claim under the FLSA is barred to the extent that Plaintiff did not engage in protected activity.

### AS AND FOR DEFENDANTS' TWENTY-FOURTH AFFIRMATIVE DEFENSE

152.    Plaintiff's retaliation claim under the NYLL is barred to the extent that Plaintiff did not engage in protected activity motivated by retaliatory animus.

### AS AND FOR DEFENDANTS' TWENTY-FIFTH AFFIRMATIVE DEFENSE

153.    Plaintiff's retaliation claim under the FLSA is barred to the extent that Plaintiff did not suffer an adverse action motivated by retaliatory animus.

### AS AND FOR DEFENDANTS' TWENTY-SIXTH AFFIRMATIVE DEFENSE

154.    Plaintiff's retaliation claim under the NYLL is barred to the extent that Plaintiff did

not suffer an adverse action motivated by retaliatory animus.

### AS AND FOR DEFENDANTS' TWENTY-SEVENTH AFFIRMATIVE DEFENSE

155. Plaintiff lacks legal capacity to sue.

### AS AND FOR DEFENDANTS' TWENTY-EIGHTH AFFIRMATIVE DEFENSE

156. Defendants at all times exercised reasonable care to prevent unlawful retaliation.

### AS AND FOR DEFENDANTS' TWENTY-NINTH AFFIRMATIVE DEFENSE

157. All actions of Defendants with respect to Plaintiff were taken for legitimate, good-faith business reasons and without any discriminatory, retaliatory, or improper motive whatsoever.

### AS AND FOR DEFENDANTS' THIRTIETH AFFIRMATIVE DEFENSE

158. Plaintiff is not entitled to injunctive relief because he seeks monetary damages and suffered no irreparable harm.

### AS AND FOR DEFENDANTS' THIRTY-FIRST AFFIRMATIVE DEFENSE

159. Damages claimed by Plaintiff in the Complaint are speculative.

### AS AND FOR DEFENDANTS' THRITY-SECOND AFFIRMATIVE DEFENSE

160. Plaintiff's alleged damages were not proximately caused by any unlawful policy, custom, practice, and/or procedure promulgated and/or tolerated by Defendants.

### AS AND FOR DEFENDANTS' THIRTY-THIRD AFFIRMATIVE DEFENSE

161. To the extent Defendants failed to provide Plaintiff with statements required by NYLL § 195(3) but reasonably believed in good faith that they were not required to provide Plaintiff with such statements, Plaintiff is not entitled to any damages due to a failure to provide statements.

### AS AND FOR DEFENDANTS' THIRTY-FOURTH AFFIRMATIVE DEFENSE

162. Defendants exercised reasonable care to prevent and promptly correct any

purportedly retaliatory behavior in the workplace to the extent any such behavior is alleged.

### AS AND FOR DEFENDANTS' THIRTY-FIFTH AFFIRMATIVE DEFENSE

163. To the extent Defendants failed to provide Plaintiff with statements required by NYLL § 195(3) but made complete and timely payment of all wages due pursuant to the NYLL, Plaintiff is not entitled to any damages due to a failure to provide statements.

### AS AND FOR DEFENDANTS' THIRTY-SIXTH AFFIRMATIVE DEFENSE

164. To the extent Defendants comply with NYLL § 652, all relevant wage orders and regulations, and paid Plaintiff at or above the applicable minimum wage for all hours worked, such related claim of Plaintiff are barred.

### AS AND FOR DEFENDANTS' THIRTY-SEVENTH AFFIRMATIVE DEFENSE

165. To the extent Plaintiff lacks standing to bring any of the claims asserted in the Complaint, such claims are barred.

### AS AND FOR DEFENDANTS' THIRTY-EIGHTH AFFIRMATIVE DEFENSE

166. To the extent Plaintiff was paid timely and in full, he has no claim for a violation of NYLL §191.

### AS AND FOR DEFENDANTS' THIRTY-NINTH AFFIRMATIVE DEFENSE

167. To the extent Plaintiff failed to make a good faith and diligent effort to mitigate his purported damages and injuries, should any relief be awarded to Plaintiff, the amount of such relief should be reduced.

### AS AND FOR DEFENDANTS' FORTIETH AFFIRMATIVE DEFENSE

168. Plaintiff failed to show that he was qualified to perform the essential functions of his job.

**AS AND FOR DEFENDANTS' FORTY-FIRST AFFIRMATIVE DEFENSE**

169.    The Complaint fails to allege facts, in whole or in part, sufficient to allow recovery of punitive damages.

**AS AND FOR DEFENDANTS' FORTY-SECOND AFFIRMATIVE DEFENSE**

170.    Plaintiff's claims are barred to the extent he failed to complete any prerequisites to filing an action required by Federal and/or New York State Law.

**AS AND FOR DEFENDANTS' FORTY-THIRD AFFIRMATIVE DEFENSE**

171.    If Plaintiff sustained any injury, damage, or loss by reason of any act, error, or omission on the part of Defendants, said injury, damage, or loss must be reduced on the basis of comparative fault or negligence of Plaintiff, or others, which contributed to and proximately caused any such injury, damage, or loss.

**AS AND FOR DEFENDANTS' FORTY-FOURTH AFFIRMATIVE DEFENSE**

172.    To the extent Plaintiff has received other benefits and/or awards attributable to an injury for which he seeks compensation in this case, such benefits and/or awards should offset, in whole or in part, any award he received here for the same injury.

**AS AND FOR DEFENDANTS' FORTY-FIFTH AFFIRMATIVE DEFENSE**

173.    Insofar as Plaintiff purports to allege a claim or claims for physical or mental emotional distress, including claims for recovery of medical expenses thereby incurred, said claims are barred by the exclusive remedy provisions of the New York Workers' Compensation Law.

**AS AND FOR DEFENDANTS' FORTY-SIXTH AFFIRMATIVE DEFENSE**

174.    Any and all deductions from Plaintiff's wages, to the extent they may exist, comply with the requirements of Section 193 of the NYLL.

17

## AS AND FOR DEFENDANTS' FORTY-SEVENTH AFFIRMATIVE DEFENSE

175.   Defendant paid all wages earned by Plaintiff.

**WHEREFORE,** it is respectfully requested that the Complaint be dismissed in its entirety, with prejudice, and that Defendants be award their reasonable attorney's fees and such other and further relief as the Court deems just and proper.

Dated:  Woodbury, New York
April 25, 2025

Kaufman Dolowich, LLP
*Attorneys for Defendants*
By:

_____

Aaron Solomon
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Tel: (516) 681-1100
Fax: (516) 681-1101
Email: asolomon@kdvlaw.com

4861-0427-5293, v. 1